# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| KENNETH JON PINER, | : | No. 5 WM 2018 |
| Petitioner | : | |
| v. | : | |
| BLAIR COUNTY COMMON PLEAS COURT, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of March, 2018, the Application for Leave to File Original Process, the Petition for Writ of Mandamus/Extraordinary Relief, and the Application for Relief are DISMISSED. *See Commonwealth v. Ellis*, 626 A.2d 1137 (Pa. 1993) (explaining that hybrid representation is not permitted). The Prothonotary is DIRECTED to forward the filings to counsel of record.